DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, as City Clerk of the City of New York, Respondent.

Submitted March 27, 2006; decided March 30, 2006

Motion by New York State Catholic Conference for leave to

file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge ROSENBLATT taking no part.